5055/MC-Trl-Dlns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20555 CIV-UNGARO/SIMONTON

CARDINAL HEALTH, INC., individually and
CARDINAL HEALTH 110, INC., individually and
f/u/b/o CERTAIN LLOYDS UNDERWRITERS
and CERTAIN INSURANCE COMPANIES,

       Plaintiffs,
v.

DELIVERY SPECIALISTS, INC.,
ALL FLORIDA EXPRESS, INC.
and G.T. FREIGHT INC.,

       Defendants.
_____/

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF PRETRIAL DEADLINES

COME NOW the Parties, CARDINAL HEALTH, INC., individually, CARDINAL HEALTH 110, INC., individually and f/u/b/o CERTAIN LLOYDS UNDERWRITERS and CERTAIN INSURANCE COMPANIES ("CARDINAL HEALTH"), DELIVERY SPECIALISTS, INC. ("DELIVERY SPECIALISTS"), ALL FLORIDA EXPRESS, INC. ("ALL FLORIDA") and G.T. FREIGHT, INC. ("G.T. FREIGHT"), by and through their undersigned attorneys and hereby file this Joint Motion for Continuance of Trial and Extension of Pretrial Deadlines and in support thereof state as follows:

    1.    On February 22, 2010, CARDINAL HEALTH filed its initial Complaint (against DELIVERY SPECIALISTS only) in the above captioned cause.

**CASE NO.: 10-20555-CIV-UNGARO/SIMONTON**

2. On May 27, 2010, this Honorable Court entered its Scheduling Order for Pretrial Conference and Trial, which, *inter alia*, scheduled CARDINAL HEALTH's claims against DELIVERY SPECIALISTS for trial during the two-week period commencing February 28, 2011 (approximately one (1) year after the filing of CARDINAL HEALTH's initial Complaint herein).

3. On July 12, 2010, this Honorable Court entered an Order Granting Plaintiffs' Motion for Leave to file Amended Complaint [D.E. 27] in which the Plaintiffs added two new Defendants, ALL FLORIDA EXPRESS and G.T. FREIGHT, INC., and on July 16, 2010 entered an Order Granting Defendant, DELIVERY SPECIALISTS' Motion for Leave to File Third Party Complaint [D.E. 34].

4. G.T. FREIGHT was served with CARDINAL HEALTH's Amended Complaint on July 28, 2010 and filed its Motion to Dismiss [D.E. 54] on August 26, 2010. ALL FLORIDA EXPRESS was served with CARDINAL HEALTH's Amended Complaint on August 11, 2010 and has filed a Motion to Dismiss [D.E. 60] on September 10, 2010. Both motions are pending before the Court.

5. In accordance with the original Scheduling Order for Pretrial Conference and Trial [D.E. 20], which was entered prior to the addition of the two (2) new Defendants herein (GT. FREIGHT and ALL FLORIDA), discovery cut off is November 12, 2010.

CASE NO.: 10-20555-CIV-UNGARO/SIMONTON

6. **Although preliminary written discovery has been served by CARDINAL HEALTH on DELIVERY SPECIALISTS, additional written discovery is needed with regards to the two (2) new Defendants, with depositions of all parties and relevant witnesses to follow.**

7. **Neither of the two (2) new Defendants (G.T. FREIGHT and ALL FLORIDA) have served any written discovery nor taken any depositions in this cause.**

8. **Furthermore, the Mediation in this matter which is currently scheduled for November 19, 2010, was set back in June prior to the joinder of the additional Defendants to this litigation.**

9. **All of the parties (original and new) are in full agreement with the filing of this Motion seeking a continuance/extension of the trial/pretrial dates set forth in this Court's May 27, 2010 Scheduling Order for Pretrial Conference and Trial (D.E. 20).**

10. **It is submitted that this additional time would be beneficial to the parties and the Court, and will save judicial time and effort at a later date. Furthermore, neither the parties nor the Court would be unduly prejudiced by a continuance of this matter given the recent additional of the two new Defendants.**

11. **Due to the aforementioned, the parties request that the trial in this matter and all Pretrial Deadlines and Mediation be continued by 150 days to the following proposed new dates:**

**CASE NO.: 10-20555-CIV-UNGARO/SIMONTON**

**TRIAL to be rescheduled for July 28, 2011**

**Cut-off date for adding parties or amending pleadings December 9, 2010.**

**All Discovery, including expert discovery, must be completed by April 12, 2011**

**Mediation shall be completed by April 26, 2010**

**All Motions other than Motions in Limine must be filed by May 10, 2011**

**All Motions in Limine must be filed by June 7, 2011**

**Joint Pretrial Stipulation, Proposed Finding of Fact and Conclusions of Law must be filed by June 13, 2011**

## **MEMORANDUM OF LAW**

The Federal Rules of Civil Procedure, Rule 6(b), in pertinent part provides that:

> "(b) Enlargement.  When by these rules or by a notice given there under or by order of this Court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion…  order the period enlarged…" See the case of <u>Credon v. Taubnan</u>, 7 R.F.D. 268 (D.C., Ohio 1947).

WHEREFORE, the Parties pray that this Honorable Court grant this Joint Motion for Continuance of Trial and Extension of Pretrial Deadlines and for whatever other relief the Court deems just and proper.

CASE NO.: 10-20555-CIV-UNGARO/SIMONTON

November 10, 2010
Miami, Florida

*/s/Michael C. Black*                                        */s/William E. Crabill*

_____            _____

**MICHAEL C. BLACK, ESQUIRE**          **WILLIAM E. CRABILL, Esquire**
**FBN  0056162**                                       **FBN 84743**
mblack@marlaw.com                              wcrabill@qpwblaw.com
**William E. Cassidy, Esquire**                **Ryan C. Meade, Esquire**
**FBN 266477**                                         **FBN 012598**
wcassidy@marlaw.com                          remade@qpwblaw.com
**CASSIDY & BLACK, P.A.**                    **QUINTAIROS, PRIETO, WOOD,**
**Dadeland Square at the Greenery Mall**      **& BOYER, P.A.**
**7700 North Kendall Drive, Suite 505**  **9300 S. Dadeland Boulevard, 4th Floor**
**Miami, Florida 33156**                         **Miami, Florida 33156**
**Telephone: (305) 271-8301**                 **Telephone:   305-670-1101**
**Facsimile: (305) 271-8302**                  **Facsimile:    305-670-1161**
*Attorneys for Plaintiff's,*                        *Attorneys for Defendant,*
*Cardinal Health, Inc. & Cardinal Health 110, Inc.*  *G.T. Freight, Inc.*
*f/u/b/o Certain Lloyds Underwriters and*
*Certain Insurance Companies*


*/s/Anne C. Sullivan*                                  */s/Catalina M. Avalos*

_____            _____

**Anne C. Sullivan, Esquire**                   **Catalina M. Avalos Esquire**
**FBN 888621**                                         **FBN 090425**
asullivan@gaebemullen.com                 cma@trippscott.com
**GAEBE MULLEN ANTONELLI & DIMATTEO**   **TRIPP SCOTT, P.A.**
**420 South Dixie Highway, 3rd Floor**        **110 Southeast Sixth Street. 15th**
**Floor**
**Coral Gables, Florida 33146**                  **Ft. Lauderdale, Florida 33301**
**Telephone:   305-667-0223**                 **Telephone:   954-525-7500**
**Facsimile:    305-284-9844**                  **Facsimile:    954-761-8475**
*Attorney for Defendant,*                          *Attorney for Defendant,*
 *Delivery Specialist, Inc.*                         *All Florida Express, Inc.*